■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEO WHITE, Appellant.—Appeal by the defendant from three judgments of the Supreme Court, Kings County (Vetrano, J.), all rendered March 15, 1979.

Ordered that the judgments are affirmed (see, People v Harris, 61 NY2d 9; People v Kazepis, 101 AD2d 816).

The record does not support the defendant's claim that he was deprived of the effective assistance of counsel. Mollen, P. J., Brown, Weinstein, Eiber and Harwood, JJ., concur.